JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**
First Listed Plaintiff:
J.B. ;
1 Citizen of This State;
**County of Residence:** Daviess County

**Defendant(s):**
First Listed Defendant:
Blue Eyed Investment Corporation d/b/a Test Smartly Labs ;
5 Incorporated and Principal Place of Business in Another State; Kansas
**County of Residence:** Outside This District

**County Where Claim For Relief Arose:** Jackson County

**Plaintiff's Attorney(s):**
Maureen Brady ( J.B.)

4600 Central Street
Kansas City, Missouri 64111
**Phone:** 816-888-8010
**Fax:** 816-332-6295
**Email:** mbrady@mcshanebradylaw.com

**Defendant's Attorney(s):**
Alan L. Rupe ( Blue Eyed Investment Corporation d/b/a Test Smartly Labs)
Lewis Brisbois Bisgaard & Smith LLP
4600 Madison Avenue, Suite 700
Kansas City, Missouri 64112
**Phone:** 816-299-4244
**Fax:** 816-299-4245
**Email:** alan.rupe@lewisbrisbois.com

Toni A. Martin ( Blue Eyed Investment Corporation d/b/a Test Smartly Labs)
Lewis Brisbois Bisgaard & Smith LLP
4600 Madison Avenue, Suite 700
Kansas City, Missouri 64112
**Phone:** 816-299-4244
**Fax:** 816-299-4245
**Email:** toni.martin@lewisbrisbois.com

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)
   **Plaintiff:** 1 Citizen of This State
   **Defendant:** 5 Incorporated and Principal Place of Business in Another State

**Origin:** 2. Removed From State Court
   **State Removal County:** Jackson County
   **State Removal Case Number:** 2416-CV13087

**Nature of Suit:** 190 All Other Contract Actions
**Cause of Action:** 28 USC 1332, 1441, and 1446. Plaintiff alleges (1) breach of implied contract, (2) negligence, (3) invasion of privacy by public disclosure of private facts, (4) breach of fiduciary duty of

confidentiality, (5) violations of Missouri Merchandising Practices Act, Mo. Rev. Stat. § 407.010 et seq., (6) negligent training and supervision, and (7) negligence per se.

**Requested in Complaint**

    **Class Action:** Not filed as a Class Action

    **Monetary Demand (in Thousands):**

    **Jury Demand:** Yes

    **Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** Alan L. Rupe

**Date:** 8/28/2024

    If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.