# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| J.B.,<br><br>      Plaintiff,<br><br>v.<br><br>BLUE EYED BULL INVESTMENT CORPORATION d/b/a TEST SMARTLY LABS,<br><br>      Defendant. | Case No.: 4:24-cv-00565-JAM |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Blue Eyed Bull Investment Corporation d/b/a Test Smartly Labs hereby states as follows:

i) Defendant Blue Eyed Bull Investment Corporation d/b/a Test Smartly Labs certifies that it is has no parent corporation and there is no publicly held corporation owning 10% or more of its stock.

/s/ Alan L. Rupe
Alan L. Rupe, MO # 56013
Toni A. Martin, MO #KS-001246
LEWIS BRISBOIS BISGAARD & SMITH LLP
4600 Madison Avenue, Suite 700
Kansas City, MO 64112
Telephone: (816) 299-4244
Facsimile: (816) 299-4245
alan.rupe@lewisbrisbois.com
toni.martin@lewisbrisbois.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify on August 28, 2024, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

/s/ Alan L. Rupe
Alan L. Rupe