**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

J.B.,

        Plaintiff,

v.

BLUE EYED BULL INVESTMENT
CORPORATION d/b/a TEST SMARTLY
LABS,

        Defendant.

Case No.: 4:24-cv-00565-JAM

## STIPULATION OF DISMISSAL

The parties to this action, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate that all claims asserted in this lawsuit are hereby dismissed with prejudice and that the parties shall bear their own fees and costs.


/s/ Maureen M. Brady (w/ permission)
Maureen M. Brady, MO #57800
Lucy McShane, MO #57957
McSHANE & BRADY, LLC
4600 Central Street
Kansas City, MO 64111
Telephone: (816) 888-8010
Facsimile: (816) 332-6295
mbrady@mcshanebradylaw.com
lmcshane@mcshanebradylaw.com

*Attorneys for Plaintiff*

/s/ Alan L. Rupe
Alan L. Rupe, MO #56013
Kennedy J. Mayo, MO #KS-001277
LEWIS BRISBOIS BISGAARD & SMITH LLP
4600 Madison Avenue, Suite 700
Kansas City, MO 64112
Telephone: (816) 299-4244
Facsimile: (816) 299-4245
alan.rupe@lewisbrisbois.com
kennedy.mayo@lewisbrisbois.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2024, the above Stipulation of Dismissal was filed using the Court's electronic filing system which sent notice to all counsel of record.

/s/ Alan L. Rupe
Alan L. Rupe